445 A.2d 202

Commonwealth v. Treadway, Appellant.

Petition for Allowance of Appeal Denied July 1, 1982.

Argued April 6, 1981. Dean P. Arthur, Assistant Public Defender, for appellant; Michael S. Goodwin, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.